EVERETT A. REXFORD et al., Respondents, *v.* WALTER TANNER,
Appellant.

*Rexford* v. *Tanner*, 134 App. Div. 907, affirmed.
(Argued February 27, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 19, 1909, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action for waste.

*Adelbert Frank Jenks* for appellant.

*Arthur B. Ottaway* and *Franz C. Lewis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.